MATADOR LAND & CATTLE CO., Limited, v. GEHRMANN et al. (Circuit Court of Appeals, Fifth Circuit. November 23, 1903.) No. 1,295. Appeal from the Circuit Court of the United States for the Northern District of Texas. The following is the decree of the Circuit Court, per MEEK, District Judge. This cause having come on to be heard on the 9th day of January, 1903, on the pleadings and proofs, and Mr. W. P. McLean, Jr., of the firm of Ross & McLean, having been heard on the part of the plaintiff, and F. B. Stanley, of the firm of Stanley, Spoonts & Thompson for each of defendants, and due deliberation having been had, the court is of the opinion that the plaintiff has not shown a complete contract or agreement between plaintiff and defendant T. A. Gehrmann, mutually binding each to perform, and has not shown a sufficient tender by plaintiff, or refusal or waiver thereof by defendants, to entitle plaintiff to specific performance. It is ordered adjudged, and decreed that plaintiff's bill of complaint herein be, and the same

is hereby, dismissed, with costs to the defendants, to be taxed against plaintiff. It is not deemed necessary to decide any other issue in the case. To all of which plaintiff excepts, and in open court gives notice of appeal to the Circuit Court of Appeals, Fifth Circuit. Thos. W. Ross and W. P. McLean, Jr., for appellant. M. A. Spoonts, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We agree with the trial judge in the disposition of this case, and for the reasons assigned by him the decree of the Circuit Court is affirmed.